# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JAMES EUGENE PITTS,

        Defendant.

Citation No. 2:25-mj-00387-MDC

**ORDER**

    IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for December 3, 2025 at 9:00 a.m., be vacated and continued to _January 7, 2026_ at the hour of _9:00_ _a_.m.

    DATED this _2nd_ day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3