UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES EUGENE PITTS,<br><br>　　　　Defendant. | Citation No. 2:25-mj-00387-MDC<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for January 7, 2026 at 9:00 a.m., be vacated and continued to  March 18, 2026   at the hour of  9 :00  a .m.

　　　DATED this  5th  day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3