**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES EUGENE PITTS,

Defendant.

Case No. 2:25-mj-00387-MDC

**ORDER**

IT IS THEREFORE ORDERED that the Status Conference currently scheduled for October 15, 2026 at 1:30 p.m., be vacated and continued to November 19, 2026 at the hour of 1:30 p.m. in LV Courtroom 3A.

DATED this 14th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE