**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES EUGENE PITTS,

Defendant.

Case No. 2:25-mj-00387-MDC

**ORDER**

IT IS THEREFORE ORDERED that the Status Conference currently scheduled for November 19, 2026 at 1:30 p.m., be vacated and continued to January 28, 2027 at the hour of 1:30 p.m.

DATED this 18th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE